■ In the Matter of RUSSELL NICOSIA, Appellant, v F. J. BUSCAGLIA, as Commissioner of the Department of Social Services of Erie County, Respondent.—Order unanimously affirmed without costs for reasons stated at Erie County Family Court, Manz, J. (Appeal from order of Erie County Family Court, Manz, J.—custody.) Present—Doerr, J. P., Denman, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHICKO DILLARD, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Bergin, J.—assault, third degree.) Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.